FRED G. WEYHRAUCH, as Administrator of the Estate of ANNA WEYHRAUCH, Deceased, Appellant, *v.* GEORGE MILLER, Defendant, and UNITY HOSPITAL, Respondent.

(Submitted September 30, 1935; decided October 8, 1935.)

Motion for reargument of motion to dismiss appeal or to compel respondent to accept notice of appeal denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 616.)